IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION,

           Plaintiff,

  v.

ISC, INC., d/b/a INSURANCE SERVICE CENTER, and
THE ESTATE OF LOREN W. HOLZHUETER,          ORDER

           Defendants,          15-cv-45-jdp

  and

HONEFI, LLC, ARLENE HOLZHUETER, and
AARON HOLZHUETER,

           Relief Defendants.

---

    The state court plaintiffs have moved to unseal certain documents in this case and to have the opportunity to be heard on any proposed settlements between the SEC and defendants. Dkt. 137. More specifically, the state court plaintiffs would like access to Dkt. 134 and its attachments (currently under seal), which are letters and other documents describing proposed settlements in principle between the SEC and defendant the Estate of Loren W. Holzhueter and the SEC and relief defendants Honefi, LLC, Arlene Holzhueter, and Aaron Holzhueter. At the time the SEC filed these documents, the SEC had not yet finalized or approved the settlements or made them public.

    Since the state court plaintiffs filed their motion, the SEC has finalized and approved its settlements with the Estate and the relief defendants, has filed the parties' consents and proposed final judgments, and has moved the court to approve the terms. Dkt. 145. The documents are public and supersede the sealed but not-yet-final settlements filed at

Dkt. 134. At this point, it appears that the state court plaintiffs' motion to unseal is moot. The documents they seek are available to them at Dkt. 145. Assuming that the state court plaintiffs also seek access to documents describing any potential settlement between the SEC and defendant ISC, Inc., the SEC represents that it will publicly file those documents when it is prepared to move the court to approve the terms.

With respect to the remaining aspect of the state court plaintiffs' motion, the SEC has represented that it does not oppose the state court plaintiffs' request to be heard on the proposed settlements. Dkt. 143, at 2, 7. The SEC has already filed its proposed settlements with the Estate and the relief defendants, Dkt. 145, and the court anticipates that the SEC will file its proposed settlement with ISC (if the parties are able to reach one) on June 24, 2016. *See* Dkt. 135. Accordingly, the court sets the following briefing schedule regarding all proposed settlements: the state court plaintiffs may respond to the proposed settlements no later than Friday, July 8, 2016; and the SEC, defendants, and relief defendants may file any reply they may have no later than Friday, July 15, 2016.

ORDER

IT IS ORDERED that:

1. The state court plaintiffs' motion to unseal and to be heard, Dkt. 137, is GRANTED in part and DENIED as moot in part as follows:

    a. The state court plaintiffs' motion to unseal is DENIED as moot.

    b. The state court plaintiffs' motion to be heard on the proposed settlements in this case is GRANTED.

2. The state court plaintiffs may respond to the proposed settlements no later than July 8, 2016. The SEC, defendants, and relief defendants may reply no later than July 15, 2016.

Entered June 23, 2016.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      JAMES D. PETERSON
                                      District Judge