## NOTICE OF APPEAL TO A COURT OF APPEALS
## FROM A JUDGMENT OR ORDER OF A
## DISTRICT COURT

United States District
Court for
the Western
District of
Wisconsin

File Number
15-cv-45

_____

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE ESTATE OF LOREN W. HOLZHUETER and ISC, INC., d/b/a INSURANCE SERVICE CENTER,  )<br>)<br>)<br>)<br>)<br>Defendants,  )<br>)<br>and  )<br>)<br>HONEFI, LLC, ARLENE HOLZHUETER, and AARON HOLZHUETER,  )<br>)<br>)<br>)<br>Relief Defendants.  ) | **NOTICE OF APPEAL** |

Notice is hereby given that David J. and Gale I. Groth, David J. and Judith A. Heinecke, James G. Pritchard, John W. and Patricia D. Tesch, and Barbara L. Wegner, the prospective intervenors in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order denying their motion to intervene, which Order was entered in this action on the 20th day of October, 2016 and recorded in

the Court's docket entry that same date and which is listed as #192 on the Court's docket, together with that portion of the Order granting the SEC's motion to appoint a receiver to sell and distribute assets of ISC, Inc. and any portion thereof that may be construed as granting a stay of the proposed intervenors' state-court cases.

Dated this 18th day of November, 2016.

*/s/ Patrick J. Schott*
Patrick J. Schott
State Bar #: 1001913
pschott@sbe-law.com
Attorneys for Prospective Intervenors, David J. and Gale I. Groth, David J. and Judith A. Heinecke, James G. Pritchard, John W. and Patricia D. Tesch, and Barbara L. Wegner
SCHOTT, BUBLITZ & ENGEL S.C.
16655 W. Bluemound Road, Suite #270
Brookfield, WI 53005
(262) 827-1700
(262) 827-1701-Fax