NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A
DISTRICT COURT

United States District
Court for
the Western
District of
Wisconsin

File Number
15-cv-45

_____

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>THE ESTATE OF LOREN W. HOLZHUETER and ISC, INC., d/b/a INSURANCE SERVICE CENTER,  )<br><br>Defendants,  )<br><br>and  )<br><br>HONEFI, LLC, ARLENE HOLZHUETER, and AARON HOLZHUETER,  )<br><br>Relief Defendants.  ) | **NOTICE OF APPEAL** |

Notice is hereby given that David J. and Gale I. Groth, David J. and Judith A. Heinecke, James G. Pritchard, John W. and Patricia D. Tesch, and Barbara L. Wegner, the prospective intervenors in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order denying their motion to intervene

for purposes of appeal to this Court, which Order was entered in this action on the 7th day of November, 2016 and is listed as #203 in the Court's docket.

Dated this 18th day of November, 2016.

/s/ Patrick J. Schott
Patrick J. Schott
State Bar #:  1001913
pschott@sbe-law.com
Attorneys for Prospective Intervenors, David J. and Gale I. Groth, David J. and Judith A. Heinecke, James G. Pritchard, John W. and Patricia D. Tesch, and Barbara L. Wegner
SCHOTT, BUBLITZ & ENGEL S.C.
16655 W. Bluemound Road, Suite #270
Brookfield, WI 53005
(262) 827-1700
(262) 827-1701-Fax
