# NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

File Number 15-cv-45

_____

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, )<br><br>Plaintiff, )<br><br>v. )<br><br>THE ESTATE OF LOREN W. HOLZHUETER and ISC, INC., d/b/a INSURANCE SERVICE CENTER, )<br><br>Defendants, )<br><br>and )<br><br>HONEFI, LLC, ARLENE HOLZHUETER, and AARON HOLZHUETER, )<br><br>Relief Defendants. ) | **NOTICE OF APPEAL** |

Notice is hereby given that David J. and Gale I. Groth, David J. and Judith A. Heinecke, James G. Pritchard, John W. and Patricia D. Tesch, and Barbara L. Wegner, the prospective intervenors in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order appointing a receiver over Defendant ISC, Inc. and staying ancillary litigation, including appellants' pending state

court actions, and enjoining them from prosecuting those state court actions, which Order was entered in this action on the 20th day of October, 2016, and which is listed in docket #196, including but not limited to (1) the Court's finding that appointment of a receiver in the action is necessary and appropriate for purposes of selling and distributing all assets of Defendant ISC, Inc.; (2) the Court's finding that there is clear and convincing evidence that there will be irreparable injury unless a receiver is appointed; and (3) Paragraphs I, 32 (and its subparagraphs), 40, 43, VIII and 49-51.

Dated this 18th day of November, 2016.

/s/ Patrick J. Schott
Patrick J. Schott
State Bar #:  1001913
pschott@sbe-law.com
Attorneys for Prospective Intervenors, David J. and Gale I. Groth, David J. and Judith A. Heinecke, James G. Pritchard, John W. and Patricia D. Tesch, and Barbara L. Wegner
SCHOTT, BUBLITZ & ENGEL S.C.
16655 W. Bluemound Road, Suite #270
Brookfield, WI 53005
(262) 827-1700
(262) 827-1701-Fax