IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

  v.

ISC, INC., d/b/a INSURANCE SERVICE CENTER, and
THE ESTATE OF LOREN W. HOLZHUETER,            ORDER

                Defendants,                 15-cv-45-jdp

  and

HONEFI, LLC, ARLENE HOLZHUETER, and
AARON HOLZHUETER,

                Relief Defendants.

---

Pursuant to the order appointing receiver, Dkt. 196, at 6, and phase I of the distribution phase of this case, Dkt. 204, at 9 and Dkt. 222, the receiver obtained a letter from the clerk of court stating the amount of funds held in the court's registry for this case; established a non-interest bearing checking account or accounts; and requested that the clerk transfer those funds to the receiver in trust for deposit into the receiver's account(s).

Accordingly, IT IS ORDERED that the clerk of court shall release $9,564,140.36 in principal and $17,626.51 in interest held in the court' registry, totaling $9,581,766.87, as follows:

    1. By check made payable to "the ISC, Inc. Trust Account, Holzhueter Phase 1 Plan," to be mailed to:

Michael S. Polsky
330 E. Kilbourn Avenue, Suite 1085
Milwaukee, WI 53202

2. The receiver will distribute the funds per the phase I terms, Dkt. 204 and Dkt. 222, and the order appointing receiver, Dkt. 196.

Entered December 20, 2016.

                                  BY THE COURT:

                                  /s/

                                  _____

                                  JAMES D. PETERSON
                                  District Judge