**STANDARDIZED FUND ACCOUNTING REPORT
for ISC, INC. TRUST ACCOUNT: HOLZHUETER PHASE 1 PLAN – Cash Basis**
Receivership; Civil Court Docket No.
Reporting Period 1/1/2017 to 3/31/2017

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al.** | | | | |
| Line 1 | Beginning Balance (as of 1/1/2017) | | $9,581,766.87 | $9,581,766.87 |
| | *Increases in Fund Balance* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8) | | $9,581,766.87 | $9,581,766.87 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | Phase I Distrib. | $9,236,267.40 | $9,236,267.40 |
| Line 10 | Disbursements for Receivership Operations | | | |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | BCBP Fees | $63,192.87 | $63,192.87 |
| *Line 10b* | *Business Asset Expenses* | | | |
| *Line 10c* | *Personal Asset Expenses* | | | |
| *Line 10d* | *Investment Expenses* | | | |
| *Line 10e* | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | |
| *Line 10g* | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | $9,299,460.27 | $9,299,460.27 |
| | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………….............. | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent………………….............. | | | |
| | Consultants……………………………........... | | | |
| | Legal Advisers…………………….............. | | | |
| | Tax Advisers……………………….............. | | | |
| | *Total Plan Development Expenses* | | | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC……………………………………………… | | | |
| | Distribution Agent…………………………….. | | | |
| | Consultants…………………………………….. | | | |
| | Legal Advisers…………………….............. | | | |
| | Tax Advisers……………………….......... | | | |
| | 2. Administrative Expenses: | | | |
| | 3. Investor Identification: | | | |

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
|  | Notice/Publishing Approved Plan……………. |  |  |  |
|  | Claimant Identification……………….......... |  |  |  |
|  | Claims Processing…………………........... |  |  |  |
|  | Web Site Maintenance/Call Center………...... |  |  |  |
|  | 4. Fund Administrator Bond: |  |  |  |
|  | 5. Miscellaneous: |  |  |  |
|  | 6. Federal Account for Investor Restitution (FAIR): |  |  |  |
|  | Reporting Expenses |  |  |  |
|  | *Total Plan Implementation Expenses* |  |  |  |
|  | Total Disbursements for Distribution Expenses Paid by the Fund |  |  |  |
|  |  |  |  |  |
| Line 12 | Disbursements to Court/Other |  |  |  |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* |  |  |  |
| Line 12b | *Federal Tax Payments* |  |  |  |
|  | Total Disbursements to Court/Other |  |  |  |
|  | Total Funds Disbursed (Lines 9-11): |  | $9,299,460.27 | $9,299,460.27 |
| Line 13 | Ending Balance (as of 12/31/2016): |  | $282,306.60 | $282,306.60 |
| Line 14 | Ending Balance of Fund – Net Assets: |  | $282,306.60 | $282,306.60 |
| Line 14a | *Cash & Cash Equivalents* |  | $282,306.60 | $282,306.60 |
| Line 14b | *Investments* |  |  |  |
| Line 14c | *Other Assets or Uncleared Funds* |  |  |  |
|  | Total Ending Balance of Fund – Net Assets |  | $282,306.60 | $282,306.60 |

OTHER SUPPLEMENTAL INFORMATION:

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
|  | *Report of Items NOT To Be Paid by the Fund:* |  |  |  |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: |  |  |  |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator…………………………… |  |  |  |
|  | IDC…………………………………………….. |  |  |  |
|  | Distribution Agent…………………………….. |  |  |  |
|  | Consultants……………………………………. |  |  |  |
|  | Legal Advisers…………………………........... |  |  |  |
|  | Tax Advisers…………………………........... |  |  |  |
|  | 2. Administrative Expenses |  |  |  |
|  | 3. Miscellaneous |  |  |  |
|  | *Total Plan Development Expenses Not Paid by the Fund* |  |  |  |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator…………………………… |  |  |  |
|  | IDC…………………………………………….. |  |  |  |
|  | Distribution Agent…………………………….. |  |  |  |
|  | Consultants……………………………………. |  |  |  |
|  | Legal Advisers…………………………........... |  |  |  |
|  | Tax Advisers…………………………........... |  |  |  |
|  | 2. Administrative Expenses |  |  |  |
|  | 3. Investor Identification: |  |  |  |
|  | Notice/Publishing Approved Plan……………. |  |  |  |
|  | Claimant Identification……………….......... |  |  |  |
|  | Claims Processing…………………........... |  |  |  |
|  | Web Site Maintenance/Call Center………...... |  |  |  |
|  | 4. Fund Administrator Bond |  |  |  |
|  | 5. Miscellaneous |  |  |  |
|  | 6. FAIR Reporting Expenses |  |  |  |

|  |  |  |  |  |
|---|---|---|---|---|
|  | *Total Plan Implementation Expenses Not Paid by the Fund* |  |  |  |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* |  |  |  |
|  | Total Disbursements for Plan Administration Expenses Not Paid by the Fund |  |  |  |
|  |  |  |  |  |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: |  |  |  |
| *Line 16a* | *Investment Expenses/CRIS Fees* |  |  |  |
| *Line 16b* | *Federal Tax Payments* |  |  |  |
|  | Total Disbursements to Court/Other Not Paid by the Fund |  |  |  |
|  |  |  |  |  |
| Line 17 | DC & State Tax Payments |  |  |  |
| Line 18 | No. of Claims: |  | 162 | 162 |
| *Line 18a* | *# of Claims Received this Reporting Period* |  | 1 | 1 |
| *Line 18b* | *# of Claims Received Since Inception of Fund* |  | 161 | 161 |
| Line 19 |  |  |  |  |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* |  | 161 | 161 |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* |  | 161 | 161 |

                Receiver:

                By: /s/ *Michael S. Polsky*
                    Michael S. Polsky, Receiver


                Date: April 27, 2017

# STANDARDIZED FUND ACCOUNTING REPORT
## for ISC, INC. TRUST ACCOUNT– Cash Basis

Receivership; Civil Court Docket No.
Reporting Period 1/1/2017 to 3/31/2017

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al.** | | | | |
| Line 1 | Beginning Balance (as of 10/20/2016) | | $0 | $0 |
| | *Increases in Fund Balance* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8) | | $0 | $0 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | |
| Line 10b | *Business Asset Expenses* | | | |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | | $0 |
| | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………….............. | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent……………………........... | | | |
| | Consultants………………………….............. | | | |
| | Legal Advisers…………………….............. | | | |
| | Tax Advisers……………………….............. | | | |
| | *Total Plan Development Expenses* | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………… | | | |
| | IDC…………………………………………. | | | |
| | Distribution Agent…………………………. | | | |
| | Consultants………………………………… | | | |
| | Legal Advisers…………………….............. | | | |
| | Tax Advisers……………………….............. | | | |
| | 2. Administrative Expenses: | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan…………… | | | |
| | Claimant Identification…………….............. | | | |

|   |   |   |   |   |
|---|---|---|---|---|
|   | Claims Processing………………………............. |   |   |   |
|   | Web Site Maintenance/Call Center………......... |   |   |   |
|   | 4. Fund Administrator Bond: |   |   |   |
|   | 5. Miscellaneous: |   |   |   |
|   | 6. Federal Account for Investor Restitution (FAIR): |   |   |   |
|   | Reporting Expenses |   |   |   |
|   | *Total Plan Implementation Expenses* |   |   |   |
|   | Total Disbursements for Distribution Expenses Paid by the Fund |   |   |   |
|   |   |   |   |   |
| Line 12 | Disbursements to Court/Other |   |   |   |
| Line 12a | *Investment Expenses/Court Registry Investment* |   |   |   |
|   | *System (CRIS) Fees* |   |   |   |
| Line 12b | *Federal Tax Payments* |   |   |   |
|   | Total Disbursements to Court/Other |   |   |   |
|   | Total Funds Disbursed (Lines 9-11): |   |   | $0 |
| Line 13 | Ending Balance (as of 12/31/2016): |   |   | $0 |
| Line 14 | Ending Balance of Fund – Net Assets: |   |   | $0 |
| *Line 14a* | *Cash & Cash Equivalents* |   |   |   |
| *Line 14b* | *Investments* |   |   |   |
| *Line 14c* | *Other Assets or Uncleared Funds* |   |   |   |
|   | Total Ending Balance of Fund – Net Assets |   |   | $0 |

OTHER SUPPLEMENTAL INFORMATION:

|   |   | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
|   | *Report of Items NOT To Be Paid by the Fund:* |   |   |   |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: |   |   |   |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* |   |   |   |
|   | 1. Fees: |   |   |   |
|   | Fund Administrator…………………………… |   |   |   |
|   | IDC…………………………………………….. |   |   |   |
|   | Distribution Agent…………………………….. |   |   |   |
|   | Consultants…………………………………… |   |   |   |
|   | Legal Advisers…………………………........... |   |   |   |
|   | Tax Advisers……………………………........... |   |   |   |
|   | 2. Administrative Expenses |   |   |   |
|   | 3. Miscellaneous |   |   |   |
|   | *Total Plan Development Expenses Not Paid by the Fund* |   |   |   |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* |   |   |   |
|   | 1. Fees: |   |   |   |
|   | Fund Administrator…………………………… |   |   |   |
|   | IDC…………………………………………….. |   |   |   |
|   | Distribution Agent…………………………….. |   |   |   |
|   | Consultants…………………………………… |   |   |   |
|   | Legal Advisers…………………………........... |   |   |   |
|   | Tax Advisers……………………………........... |   |   |   |
|   | 2. Administrative Expenses |   |   |   |
|   | 3. Investor Identification: |   |   |   |
|   | Notice/Publishing Approved Plan……………… |   |   |   |
|   | Claimant Identification……………….............. |   |   |   |
|   | Claims Processing………………….............. |   |   |   |
|   | Web Site Maintenance/Call Center………......... |   |   |   |
|   | 4. Fund Administrator Bond |   |   |   |
|   | 5. Miscellaneous |   |   |   |
|   | 6. FAIR Reporting Expenses |   |   |   |
|   | *Total Plan Implementation Expenses Not Paid by the Fund* |   |   |   |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* |   |   |   |

|          | Total Disbursements for Plan Administration Expenses Not Paid by the Fund |   |   |   |
|----------|---|---|---|---|
| Line 16  | Disbursements to Court/Other Not Paid by the Fund: |   |   |   |
| Line 16a | Investment Expenses/CRIS Fees |   |   |   |
| Line 16b | Federal Tax Payments |   |   |   |
|          | Total Disbursements to Court/Other Not Paid by the Fund |   |   |   |
|          |   |   |   |   |
| Line 17  | DC & State Tax Payments |   |   |   |
| Line 18  | No. of Claims: |   |   |   |
| Line 18a | # of Claims Received this Reporting Period |   |   |   |
| Line 18b | # of Claims Received Since Inception of Fund |   |   |   |
| Line 19  |   |   |   |   |
| Line 19a | # of Claimants/Investors Paid This Reporting Period |   |   |   |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund |   |   |   |

Receiver:

By: /s/ *Michael S. Polsky*
    Michael S. Polsky, Receiver


Date: April 27, 2017

**STANDARDIZED FUND ACCOUNTING REPORT
for HONEFI LLC TRUST ACCOUNT– Cash Basis**
Receivership; Civil Court Docket No.
Reporting Period 1/1/2017 to 3/31/2017

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al.** | | | | |
| Line 1 | Beginning Balance (as of 10/20/2016) | | $0 | $0 |
| | *Increases in Fund Balance* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | $6,175.93 | $6,175.93 |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8) | | $6,175.93 | $6,175.93 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | |
| Line 10b | *Business Asset Expenses* | | | |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | $0 | $0 |
| | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………............. | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent……………………........... | | | |
| | Consultants……………………………......... | | | |
| | Legal Advisers…………………………........... | | | |
| | Tax Advisers……………………………........... | | | |
| | *Total Plan Development Expenses* | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC……………………………………………. | | | |
| | Distribution Agent……………………………. | | | |
| | Consultants……………………………………. | | | |
| | Legal Advisers………………………............ | | | |
| | Tax Advisers……………………………........... | | | |
| | 2. Administrative Expenses: | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan.…………… | | | |
| | Claimant Identification……………….............. | | | |

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
|  | Claims Processing…………………….......... |  |  |  |
|  | Web Site Maintenance/Call Center………....... |  |  |  |
|  | 4. Fund Administrator Bond: |  |  |  |
|  | 5. Miscellaneous: |  |  |  |
|  | 6. Federal Account for Investor Restitution (FAIR): |  |  |  |
|  | Reporting Expenses |  |  |  |
|  | *Total Plan Implementation Expenses* |  |  |  |
|  | Total Disbursements for Distribution Expenses Paid by the Fund |  |  |  |
|  |  |  |  |  |
| Line 12 | Disbursements to Court/Other |  |  |  |
| *Line 12a* | *Investment Expenses/Court Registry Investment System (CRIS) Fees* |  |  |  |
| *Line 12b* | *Federal Tax Payments* |  |  |  |
|  | Total Disbursements to Court/Other |  |  |  |
|  | Total Funds Disbursed (Lines 9-11): |  | $0 | $0 |
| Line 13 | Ending Balance (as of 12/31/2016): |  | $6,175.93 | $6,175.93 |
| Line 14 | Ending Balance of Fund – Net Assets: |  | $6,175.93 | $6,175.93 |
| *Line 14a* | *Cash & Cash Equivalents* |  | $6,175.93 | $6,175.93 |
| *Line 14b* | *Investments* |  |  |  |
| *Line 14c* | *Other Assets or Uncleared Funds* |  |  |  |
|  | Total Ending Balance of Fund – Net Assets |  | $6,175.93 | $6,175.93 |

OTHER SUPPLEMENTAL INFORMATION:

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
|  | *Report of Items NOT To Be Paid by the Fund:* |  |  |  |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: |  |  |  |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator…………………………… |  |  |  |
|  | IDC…………………………………………….. |  |  |  |
|  | Distribution Agent…………………………….. |  |  |  |
|  | Consultants…………………………………… |  |  |  |
|  | Legal Advisers…………………….............. |  |  |  |
|  | Tax Advisers…………………………........... |  |  |  |
|  | 2. Administrative Expenses |  |  |  |
|  | 3. Miscellaneous |  |  |  |
|  | *Total Plan Development Expenses Not Paid by the Fund* |  |  |  |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator…………………………… |  |  |  |
|  | IDC…………………………………………….. |  |  |  |
|  | Distribution Agent…………………………….. |  |  |  |
|  | Consultants…………………………………… |  |  |  |
|  | Legal Advisers…………………….............. |  |  |  |
|  | Tax Advisers…………………………........... |  |  |  |
|  | 2. Administrative Expenses |  |  |  |
|  | 3. Investor Identification: |  |  |  |
|  | Notice/Publishing Approved Plan…………….. |  |  |  |
|  | Claimant Identification…………………........... |  |  |  |
|  | Claims Processing…………………….......... |  |  |  |
|  | Web Site Maintenance/Call Center………....... |  |  |  |
|  | 4. Fund Administrator Bond |  |  |  |
|  | 5. Miscellaneous |  |  |  |
|  | 6. FAIR Reporting Expenses |  |  |  |
|  | *Total Plan Implementation Expenses Not Paid by the Fund* |  |  |  |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* |  |  |  |

|          | Total Disbursements for Plan Administration Expenses Not Paid by the Fund |   |   |   |
|----------|---|---|---|---|
|          |   |   |   |   |
| Line 16  | Disbursements to Court/Other Not Paid by the Fund: |   |   |   |
| *Line 16a* | *Investment Expenses/CRIS Fees* |   |   |   |
| *Line 16b* | *Federal Tax Payments* |   |   |   |
|          | Total Disbursements to Court/Other Not Paid by the Fund |   |   |   |
|          |   |   |   |   |
| Line 17  | DC & State Tax Payments |   |   |   |
| Line 18  | No. of Claims: |   |   |   |
| *Line 18a* | *# of Claims Received this Reporting Period* |   |   |   |
| *Line 18b* | *# of Claims Received Since Inception of Fund* |   |   |   |
| Line 19  |   |   |   |   |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* |   |   |   |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* |   |   |   |

Receiver:

By: /s/ *Michael S. Polsky*
    Michael S. Polsky, Receiver

Date: April 27, 2017