# NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

File Number 15-cv-45

_____

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>)<br>Plaintiff,             )<br>)<br>v.                                              )<br>)<br>THE ESTATE OF LOREN W. HOLZHUETER and ISC, INC., d/b/a INSURANCE SERVICE CENTER, )<br>)<br>)<br>)<br>Defendants,      )<br>)<br>and                                            )<br>)<br>HONEFI, LLC, ARLENE HOLZHUETER, and AARON HOLZHUETER, )<br>)<br>)<br>)<br>Relief Defendants. ) | **NOTICE OF APPEAL** |

Notice is hereby given that David J. and Gale I. Groth, David J. and Judith A. Heinecke, James G. Pritchard, John W. and Patricia D. Tesch, and Barbara L. Wegner, the prospective intervenors in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order granting and approving the Receiver's Motion for the sale of substantially all of the assets of ISC, Inc. and Honefi,

LLC free and clear of all liens, claims and encumbrances, over the Appellants' objections, and denying the Appellants' alternative motion to stay the sale pending the United States Supreme Court's decision in *Kokesh v. Securities and Exchange Commission*, Case No. 16-529; which Order was entered in this action on the 25th day of May, 2017, and which is listed in docket #292; including but not limited to, the Court's findings and orders as stated therein, and including but not limited to the orders approving the sale free and clear of all liens, claims and encumbrances; denying Appellants' alternative motion for an order amending the proposed sale order to provide that the Appellants may file claims with the Receiver based on their state-law claims, in the same manner as all general creditors of ISC, Inc.; denying Appellants' alternative motion that any judgments that the Appellants obtain in their State Court proceedings be deemed to have been entered retroactively and as of the date that the District Court stayed those proceedings; and denying Appellants' alternative motion that the sale be stayed pending the decision in *Kokesh, supra*.

Dated this 24th day of July, 2017.

/s/ Patrick J. Schott
Patrick J. Schott
State Bar #:  1001913
pschott@sbe-law.com
Attorneys for Prospective Intervenors, David J. and Gale I. Groth, David J. and Judith A. Heinecke, James G. Pritchard, John W. and Patricia D. Tesch, and Barbara L. Wegner
SCHOTT, BUBLITZ & ENGEL S.C.
640 W. Moreland Boulevard
Waukesha, WI 53188
(262) 827-1700
(262) 827-1701-Fax