# STANDARDIZED FUND ACCOUNTING REPORT
## for ISC, INC. TRUST ACCOUNT: HOLZHUETER PHASE 1 PLAN – Cash Basis
Receivership; Civil Court Docket No.
Reporting Period 4/1/2017 through 6/30/2017

**FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al.**

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (as of 4/1/2017) |  | $282,306.60 | $282,306.60 |
|  | *Increases in Fund Balance* |  |  |  |
| Line 2 | Business Income |  |  |  |
| Line 3 | Cash and Securities | Uncashed Phase I | $37,499.46 | $37,499.46 |
| Line 4 | Interest/Dividend Income |  |  |  |
| Line 5 | Business Asset Liquidation |  |  |  |
| Line 6 | Personal Asset Liquidation |  |  |  |
| Line 7 | Third-Party Litigation Income |  |  |  |
| Line 8 | Miscellaneous – Other |  |  |  |
|  | Total Funds Available (Lines 1 – 8) |  | $319,806.06 | $319,806.06 |
|  | *Decreases in Fund Balance:* |  |  |  |
| Line 9 | Disbursements to Investors | Claim 161<br>Claim 79 | $84,951.46<br>$10,494.89 | $84,951.46<br>$10,494.89 |
| Line 10 | Disbursements for Receivership Operations |  |  |  |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | BCBP | $78,394.90 | $78,394.90 |
| *Line 10b* | *Business Asset Expenses* |  |  |  |
| *Line 10c* | *Personal Asset Expenses* |  |  |  |
| *Line 10d* | *Investment Expenses* |  |  |  |
| *Line 10e* | *Third-Party Litigation Expenses* |  |  |  |
|  | 1. Attorney Fees |  |  |  |
|  | 2. Litigation Expenses |  |  |  |
| *Line 10f* | *Tax Administrator Fees and Bonds* |  |  |  |
| *Line 10g* | *Federal and State Tax Payments* |  |  |  |
|  | Total Disbursements for Receivership Operations |  | $173,841.25 | $173,841.25 |
|  |  |  |  |  |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund |  |  |  |
| *Line 11a* | *Distribution Plan Development Expenses:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator…………………….............. |  |  |  |
|  | Independent Distribution Consultant (IDC) |  |  |  |
|  | Distribution Agent………………………............ |  |  |  |
|  | Consultants…………………………….......... |  |  |  |
|  | Legal Advisers…………………………............ |  |  |  |
|  | Tax Advisers……………………………............ |  |  |  |
|  | *Total Plan Development Expenses* |  |  |  |
| *Line 11b* | *Distribution Plan Implementation Expenses:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator…………………………… |  |  |  |
|  | IDC………………………………………… |  |  |  |
|  | Distribution Agent……………………………… |  |  |  |
|  | Consultants………………………………… |  |  |  |
|  | Legal Advisers…………………………............ |  |  |  |
|  | Tax Advisers……………………………............ |  |  |  |
|  | 2. Administrative Expenses: |  |  |  |
|  | 3. Investor Identification: |  |  |  |

| | | | | |
|---|---|---|---|---|
| | Notice/Publishing Approved Plan…..…………… | | | |
| | Claimant Identification…………………............ | | | |
| | Claims Processing……………………….......... | | | |
| | Web Site Maintenance/Call Center………........ | | | |
| | 4. Fund Administrator Bond: | | | |
| | 5. Miscellaneous: | | | |
| | 6. Federal Account for Investor Restitution (FAIR): | | | |
| | Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| | | | | |
| Line 12 | Disbursements to Court/Other | | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment* | | | |
| | *System (CRIS) Fees* | | | |
| *Line 12b* | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11): | | $173,841.25 | $173,841.25 |
| Line 13 | Ending Balance (as of 6/30/2017): | | $145,964.81 | $145,964.81 |
| Line 14 | Ending Balance of Fund – Net Assets: | | $145,964.81 | $145,964.81 |
| *Line 14a* | *Cash & Cash Equivalents* | | $145,964.81 | $145,964.81 |
| *Line 14b* | *Investments* | | | |
| *Line 14c* | *Other Assets or Uncleared Funds* | | | |
| | Total Ending Balance of Fund – Net Assets | | $145,964.81 | $145,964.81 |

OTHER SUPPLEMENTAL INFORMATION:

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC………………………………………… | | | |
| | Distribution Agent……………………………. | | | |
| | Consultants…………………………………… | | | |
| | Legal Advisers…………………………........... | | | |
| | Tax Advisers………………………….......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC………………………………………… | | | |
| | Distribution Agent……………………………. | | | |
| | Consultants…………………………………… | | | |
| | Legal Advisers…………………………........... | | | |
| | Tax Advisers………………………….......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan…..…………… | | | |
| | Claimant Identification…………………............ | | | |
| | Claims Processing……………………….......... | | | |
| | Web Site Maintenance/Call Center………........ | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | *Total Plan Implementation Expenses Not Paid by the Fund* |  |  |  |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* |  |  |  |
|  | Total Disbursements for Plan Administration Expenses Not Paid by the Fund |  |  |  |
|  |  |  |  |  |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: |  |  |  |
| *Line 16a* | *Investment Expenses/CRIS Fees* |  |  |  |
| *Line 16b* | *Federal Tax Payments* |  |  |  |
|  | Total Disbursements to Court/Other Not Paid by the Fund |  |  |  |
|  |  |  |  |  |
| Line 17 | DC & State Tax Payments |  |  |  |
| Line 18 | No. of Claims: |  | 162 | 162 |
| *Line 18a* | *# of Claims Received this Reporting Period* |  | 0 | 0 |
| *Line 18b* | *# of Claims Received Since Inception of Fund* |  | 162 | 162 |
| Line 19 |  |  |  |  |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* |  | 2 | 2 |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* |  | 162 | 162 |

Receiver:

By: /s/ *Michael S. Polsky*
     Michael S. Polsky, Receiver


Date: July 17, 2017

**STANDARDIZED FUND ACCOUNTING REPORT**
**for ISC, INC. TRUST ACCOUNT– Cash Basis**
Receivership; Civil Court Docket No.
Reporting Period 4/1/2017 to 6/30/2017

| FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al. | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (as of 4/1/2016) | | $0 | $0 |
| | *Increases in Fund Balance* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | Net Sale Proceeds | $4,496,204.97 | $4,496,204.97 |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8) | | $4,496,204.97 | $4,496,204.97 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | | | |
| *Line 10b* | *Business Asset Expenses* | | | |
| *Line 10c* | *Personal Asset Expenses* | | | |
| *Line 10d* | *Investment Expenses* | | | |
| *Line 10e* | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | |
| *Line 10g* | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | $0 | $0 |
| | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………….............. | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent……………………........... | | | |
| | Consultants…………………………............ | | | |
| | Legal Advisers…………………….............. | | | |
| | Tax Advisers…………………….............. | | | |
| | *Total Plan Development Expenses* | | | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator……………………………. | | | |
| | IDC…………………………………………. | | | |
| | Distribution Agent……………………………. | | | |
| | Consultants…………………………………. | | | |
| | Legal Advisers……………………............ | | | |
| | Tax Advisers……………………............ | | | |
| | 2. Administrative Expenses: | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………. | | | |

| | | | | |
|---|---|---|---|---|
| | Claimant Identification…………………........... | | | |
| | Claims Processing…………………………........ | | | |
| | Web Site Maintenance/Call Center………........ | | | |
| | 4. Fund Administrator Bond: | | | |
| | 5. Miscellaneous: | | | |
| | 6. Federal Account for Investor Restitution (FAIR): | | | |
| | Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| | | | | |
| Line 12 | Disbursements to Court/Other | | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| *Line 12b* | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11): | | $0 | $0 |
| Line 13 | Ending Balance (as of 6/30/2017): | | $4,496,204.97 | $4,496,204.97 |
| Line 14 | Ending Balance of Fund – Net Assets: | | $4,496,204.97 | $4,496,204.97 |
| *Line 14a* | *Cash & Cash Equivalents* | | $4,496,204.97 | $4,496,204.97 |
| *Line 14b* | *Investments* | | | |
| *Line 14c* | *Other Assets or Uncleared Funds* | | | |
| | Total Ending Balance of Fund – Net Assets | | $4,496,204.97 | $4,496,204.97 |

OTHER SUPPLEMENTAL INFORMATION:

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC…………………………………………….. | | | |
| | Distribution Agent…………………………….. | | | |
| | Consultants…………………………………… | | | |
| | Legal Advisers…………………………........... | | | |
| | Tax Advisers…………………………….......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC…………………………………………….. | | | |
| | Distribution Agent…………………………….. | | | |
| | Consultants…………………………………… | | | |
| | Legal Advisers…………………………........... | | | |
| | Tax Advisers…………………………….......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………… | | | |
| | Claimant Identification…………………........... | | | |
| | Claims Processing…………………………........ | | | |
| | Web Site Maintenance/Call Center………........ | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |

| | | | | |
|---|---|---|---|---|
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| | | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| *Line 16a* | *Investment Expenses/CRIS Fees* | | | |
| *Line 16b* | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund | | | |
| | | | | |
| Line 17 | DC & State Tax Payments | | | |
| Line 18 | No. of Claims: | | | |
| *Line 18a* | *# of Claims Received this Reporting Period* | | | |
| *Line 18b* | *# of Claims Received Since Inception of Fund* | | | |
| Line 19 | | | | |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* | | | |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* | | | |

Receiver:

By: /s/ *Michael S. Polsky*
      Michael S. Polsky, Receiver

Date: July 17, 2017

**STANDARDIZED FUND ACCOUNTING REPORT**
**for HONEFI LLC TRUST ACCOUNT– Cash Basis**
Receivership; Civil Court Docket No.
Reporting Period 4/1/2017 to 6/30/2017

**FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al.**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (as of 4/1/2017) | | $6,175.93 | $6,175.93 |
| | *Increases in Fund Balance* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | Net Sale Proceeds | $394,488.11 | $394,488.11 |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8) | | $400,664.04 | $400,664.04 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | | | |
| *Line 10b* | *Business Asset Expenses* | | | |
| *Line 10c* | *Personal Asset Expenses* | | | |
| *Line 10d* | *Investment Expenses* | | | |
| *Line 10e* | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | |
| *Line 10g* | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | $0 | $0 |
| | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………….............. | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent………………………........... | | | |
| | Consultants………………………………........... | | | |
| | Legal Advisers…………………………............. | | | |
| | Tax Advisers………………………….............. | | | |
| | *Total Plan Development Expenses* | | | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator……………………………. | | | |
| | IDC……………………………………………… | | | |
| | Distribution Agent……………………………. | | | |
| | Consultants……………………………………. | | | |
| | Legal Advisers…………………………........... | | | |
| | Tax Advisers……………………….............. | | | |
| | 2. Administrative Expenses: | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………. | | | |

| | | | | |
|---|---|---|---|---|
| | Claimant Identification…………………........... | | | |
| | Claims Processing………………………........... | | | |
| | Web Site Maintenance/Call Center………........ | | | |
| | 4. Fund Administrator Bond: | | | |
| | 5. Miscellaneous: | | | |
| | 6. Federal Account for Investor Restitution (FAIR): | | | |
| | Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| | | | | |
| Line 12 | Disbursements to Court/Other | | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| *Line 12b* | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11): | | $0 | $0 |
| Line 13 | Ending Balance (as of 6/30/2017): | | $400,664.04 | $400,664.04 |
| Line 14 | Ending Balance of Fund – Net Assets: | | $400,664.04 | $400,664.04 |
| *Line 14a* | *Cash & Cash Equivalents* | | $400,664.04 | $400,664.04 |
| *Line 14b* | *Investments* | | | |
| *Line 14c* | *Other Assets or Uncleared Funds* | | | |
| | Total Ending Balance of Fund – Net Assets | | $400,664.04 | $400,664.04 |

OTHER SUPPLEMENTAL INFORMATION:

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC………………………………………….. | | | |
| | Distribution Agent…………………………… | | | |
| | Consultants…………………………………… | | | |
| | Legal Advisers…………………………........... | | | |
| | Tax Advisers…………………………………... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC………………………………………….. | | | |
| | Distribution Agent…………………………… | | | |
| | Consultants…………………………………… | | | |
| | Legal Advisers…………………………........... | | | |
| | Tax Advisers…………………………………... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………… | | | |
| | Claimant Identification…………………………. | | | |
| | Claims Processing…………………………........ | | | |
| | Web Site Maintenance/Call Center………........ | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |

| | | | | |
|---|---|---|---|---|
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| | | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| *Line 16a* | *Investment Expenses/CRIS Fees* | | | |
| *Line 16b* | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund | | | |
| | | | | |
| Line 17 | DC & State Tax Payments | | | |
| Line 18 | No. of Claims: | | | |
| *Line 18a* | *# of Claims Received this Reporting Period* | | | |
| *Line 18b* | *# of Claims Received Since Inception of Fund* | | | |
| Line 19 | | | | |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* | | | |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* | | | |

Receiver:

By: /s/ *Michael S. Polsky*
            Michael S. Polsky, Receiver

Date: July 17, 2017