## STANDARDIZED FUND ACCOUNTING REPORT
## for ISC, INC. TRUST ACCOUNT: HOLZHUETER PHASE 1 PLAN – Cash Basis

Receivership; Civil Court Docket No.
Reporting Period 7/1/2017 through 9/30/2017

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al.** | | | | |
| Line 1 | Beginning Balance (as of 7/1/2017) | | $145,964.81 | $145,964.81 |
| | *Increases in Fund Balance* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8) | | $145,964.81 | $145,964.81 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | Transfer to ISC Trust Account | $50,053.12 | $50,053.12 |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | BCBP | $12,424.22 | $12,424.22 |
| *Line 10b* | *Business Asset Expenses* | | | |
| *Line 10c* | *Personal Asset Expenses* | | | |
| *Line 10d* | *Investment Expenses* | | | |
| *Line 10e* | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | |
| *Line 10g* | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | $62,477.34 | $62,477.34 |
| | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator……………………............ | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent……………………............ | | | |
| | Consultants……………………………........... | | | |
| | Legal Advisers……………………….............. | | | |
| | Tax Advisers……………………….............. | | | |
| | *Total Plan Development Expenses* | | | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………. | | | |
| | IDC…………………………………………. | | | |
| | Distribution Agent………………………….. | | | |
| | Consultants…………………………………. | | | |
| | Legal Advisers……………………….............. | | | |
| | Tax Advisers……………………….............: | | | |
| | 2. Administrative Expenses: | | | |
| | 3. Investor Identification: | | | |

|   |   |   |   |   |
|---|---|---|---|---|
|   | Notice/Publishing Approved Plan……………. |   |   |   |
|   | Claimant Identification……………….............. |   |   |   |
|   | Claims Processing……………………............ |   |   |   |
|   | Web Site Maintenance/Call Center………........ |   |   |   |
|   | 4. Fund Administrator Bond: |   |   |   |
|   | 5. Miscellaneous: |   |   |   |
|   | 6. Federal Account for Investor Restitution (FAIR): |   |   |   |
|   | Reporting Expenses |   |   |   |
|   | *Total Plan Implementation Expenses* |   |   |   |
|   | Total Disbursements for Distribution Expenses Paid by the Fund |   |   |   |
|   |   |   |   |   |
| Line 12 | Disbursements to Court/Other |   |   |   |
| Line 12a | *Investment Expenses/Court Registry Investment* |   |   |   |
|   | *System (CRIS) Fees* |   |   |   |
| Line 12b | *Federal Tax Payments* |   |   |   |
|   | Total Disbursements to Court/Other |   |   |   |
|   | Total Funds Disbursed (Lines 9-11): |   | $62,477.34 | $62,477.34 |
| Line 13 | Ending Balance (as of 6/30/2017): |   | $83,487.50 | $83,487.50 |
| Line 14 | Ending Balance of Fund – Net Assets: |   | $83,487.50 | $83,487.50 |
| Line 14a | *Cash & Cash Equivalents* |   | $83,487.50 | $83,487.50 |
| Line 14b | *Investments* |   |   |   |
| Line 14c | *Other Assets or Uncleared Funds* |   |   |   |
|   | Total Ending Balance of Fund – Net Assets |   | $83,487.50 | $83,487.50 |

OTHER SUPPLEMENTAL INFORMATION:

|   |   | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
|   | *Report of Items NOT To Be Paid by the Fund:* |   |   |   |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: |   |   |   |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* |   |   |   |
|   | 1. Fees: |   |   |   |
|   | Fund Administrator………………………… |   |   |   |
|   | IDC…………………………………………. |   |   |   |
|   | Distribution Agent………………………….. |   |   |   |
|   | Consultants…………………………………. |   |   |   |
|   | Legal Advisers……………………….............. |   |   |   |
|   | Tax Advisers……………………….............. |   |   |   |
|   | 2. Administrative Expenses |   |   |   |
|   | 3. Miscellaneous |   |   |   |
|   | *Total Plan Development Expenses Not Paid by the Fund* |   |   |   |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* |   |   |   |
|   | 1. Fees: |   |   |   |
|   | Fund Administrator………………………… |   |   |   |
|   | IDC…………………………………………. |   |   |   |
|   | Distribution Agent………………………….. |   |   |   |
|   | Consultants…………………………………. |   |   |   |
|   | Legal Advisers……………………….............. |   |   |   |
|   | Tax Advisers……………………….............. |   |   |   |
|   | 2. Administrative Expenses |   |   |   |
|   | 3. Investor Identification: |   |   |   |
|   | Notice/Publishing Approved Plan……………. |   |   |   |
|   | Claimant Identification……………….............. |   |   |   |
|   | Claims Processing……………………............ |   |   |   |
|   | Web Site Maintenance/Call Center………........ |   |   |   |
|   | 4. Fund Administrator Bond |   |   |   |
|   | 5. Miscellaneous |   |   |   |
|   | 6. FAIR Reporting Expenses |   |   |   |

|  | | | | |
|---|---|---|---|---|
|  | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
|  | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
|  | | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | |
| Line 16b | *Federal Tax Payments* | | | |
|  | Total Disbursements to Court/Other Not Paid by the Fund | | | |
|  | | | | |
| Line 17 | DC & State Tax Payments | | | |
| Line 18 | No. of Claims: | | 162 | 162 |
| Line 18a | *# of Claims Received this Reporting Period* | | 0 | 0 |
| Line 18b | *# of Claims Received Since Inception of Fund* | | 162 | 162 |
| Line 19 | | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period* | | 0 | 0 |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund* | | 162 | 162 |

Receiver:

By: /s/ *Michael S. Polsky*
     Michael S. Polsky, Receiver


Date: October 16, 2017

# STANDARDIZED FUND ACCOUNTING REPORT
## for ISC, INC. TRUST ACCOUNT– Cash Basis

Receivership; Civil Court Docket No.
Reporting Period 7/1/2017 to 9/30/2017

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al.** | | | | |
| Line 1 | Beginning Balance (as of 4/1/2016) | | $4,496,204.97 | $4,496,204.97 |
| | *Increases in Fund Balance* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | Claim 161 Reserve | $50,053.12 | $50,053.12 |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8) | | $4,546,258.09 | $4,546,258.09 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | Partnership Bank Stipulation | $720,000.00 | $720,000.00 |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | | | |
| *Line 10b* | *Business Asset Expenses* | | | |
| *Line 10c* | *Personal Asset Expenses* | | | |
| *Line 10d* | *Investment Expenses* | | | |
| *Line 10e* | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | |
| *Line 10g* | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | $720,000.00 | $720,000.00 |
| | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………….............. | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent………………………........... | | | |
| | Consultants…………………………….......... | | | |
| | Legal Advisers………………………….......... | | | |
| | Tax Advisers………………………….......... | | | |
| | *Total Plan Development Expenses* | | | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………….. | | | |
| | IDC…………………………………….. | | | |
| | Distribution Agent…………………….. | | | |
| | Consultants………………………………. | | | |
| | Legal Advisers…………………………........... | | | |
| | Tax Advisers…………………………........... | | | |
| | 2. Administrative Expenses: | | | |

| | | | | |
|---|---|---|---|---|
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………. | | | |
| | Claimant Identification……………….......... | | | |
| | Claims Processing………………….......... | | | |
| | Web Site Maintenance/Call Center……….…... | | | |
| | 4. Fund Administrator Bond: | | | |
| | 5. Miscellaneous: | | | |
| | 6. Federal Account for Investor Restitution (FAIR): | | | |
| | Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| | | | | |
| Line 12 | Disbursements to Court/Other | | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment* | | | |
| | *System (CRIS) Fees* | | | |
| *Line 12b* | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11): | | $720,000.00 | $720,000.00 |
| Line 13 | Ending Balance (as of 6/30/2017): | | $3,826,258.09 | $3,826,258.09 |
| Line 14 | Ending Balance of Fund – Net Assets: | | $3,826,258.09 | $3,826,258.09 |
| *Line 14a* | *Cash & Cash Equivalents* | | $3,826,258.09 | $3,826,258.09 |
| *Line 14b* | *Investments* | | | |
| *Line 14c* | *Other Assets or Uncleared Funds* | | | |
| | Total Ending Balance of Fund – Net Assets | | $3,826,258.09 | $3,826,258.09 |

OTHER SUPPLEMENTAL INFORMATION:

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………… | | | |
| | IDC…………………………………………. | | | |
| | Distribution Agent………………………….. | | | |
| | Consultants…………………………………. | | | |
| | Legal Advisers………………………........... | | | |
| | Tax Advisers……………………………......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………… | | | |
| | IDC…………………………………………. | | | |
| | Distribution Agent………………………….. | | | |
| | Consultants…………………………………. | | | |
| | Legal Advisers………………………........... | | | |
| | Tax Advisers……………………………......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………. | | | |
| | Claimant Identification……………….......... | | | |
| | Claims Processing………………….......... | | | |
| | Web Site Maintenance/Call Center……….…... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 6. FAIR Reporting Expenses |  |  |  |
|  | *Total Plan Implementation Expenses Not Paid by the Fund* |  |  |  |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* |  |  |  |
|  | Total Disbursements for Plan Administration Expenses Not Paid by the Fund |  |  |  |
|  |  |  |  |  |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: |  |  |  |
| *Line 16a* | *Investment Expenses/CRIS Fees* |  |  |  |
| *Line 16b* | *Federal Tax Payments* |  |  |  |
|  | Total Disbursements to Court/Other Not Paid by the Fund |  |  |  |
|  |  |  |  |  |
| Line 17 | DC & State Tax Payments |  |  |  |
| Line 18 | No. of Claims: |  |  |  |
| *Line 18a* | *# of Claims Received this Reporting Period* |  |  |  |
| *Line 18b* | *# of Claims Received Since Inception of Fund* |  |  |  |
| Line 19 |  |  |  |  |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* |  |  |  |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* |  |  |  |

Receiver:

By: /s/ *Michael S. Polsky*
      Michael S. Polsky, Receiver

Date: October 16, 2017

**STANDARDIZED FUND ACCOUNTING REPORT
for HONEFI LLC TRUST ACCOUNT– Cash Basis**
Receivership; Civil Court Docket No.
Reporting Period 7/1/2017 to 9/30/2017

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | **FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al.** | | | |
| Line 1 | Beginning Balance (as of 4/1/2017) | | $400,664.04 | $400,664.04 |
| | *Increases in Fund Balance* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8) | | $400,664.04 | $400,664.04 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | |
| Line 10b | *Business Asset Expenses* | | | |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | $0 | $0 |
| | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator……………………............ | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent……………………............ | | | |
| | Consultants……………………………......... | | | |
| | Legal Advisers……………………............. | | | |
| | Tax Advisers……………………............ | | | |
| | *Total Plan Development Expenses* | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………. | | | |
| | IDC……………………………………………. | | | |
| | Distribution Agent……………………………. | | | |
| | Consultants…………………………………... | | | |
| | Legal Advisers……………………............. | | | |
| | Tax Advisers……………………........... | | | |
| | 2. Administrative Expenses: | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan…………… | | | |
| | Claimant Identification……………............ | | | |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | Claims Processing………………….......... | | | |
| | Web Site Maintenance/Call Center………........ | | | |
| | 4. Fund Administrator Bond: | | | |
| | 5. Miscellaneous: | | | |
| | 6. Federal Account for Investor Restitution (FAIR): | | | |
| | Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| | | | | |
| Line 12 | Disbursements to Court/Other | | | |
| Line 12a | *Investment Expenses/Court Registry Investment* | | | |
| | *System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11): | | $0 | $0 |
| Line 13 | Ending Balance (as of 6/30/2017): | | $400,664.04 | $400,664.04 |
| Line 14 | Ending Balance of Fund – Net Assets: | | $400,664.04 | $400,664.04 |
| Line 14a | *Cash & Cash Equivalents* | | $400,664.04 | $400,664.04 |
| Line 14b | *Investments* | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | |
| | Total Ending Balance of Fund – Net Assets | | $400,664.04 | $400,664.04 |

OTHER SUPPLEMENTAL INFORMATION:

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC……………………………………………. | | | |
| | Distribution Agent…………………………….. | | | |
| | Consultants…………………………………… | | | |
| | Legal Advisers……………………….......... | | | |
| | Tax Advisers………………………….......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC……………………………………………. | | | |
| | Distribution Agent…………………………….. | | | |
| | Consultants…………………………………… | | | |
| | Legal Advisers……………………………..... | | | |
| | Tax Advisers………………………….......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………. | | | |
| | Claimant Identification……………….............. | | | |
| | Claims Processing………………….......... | | | |
| | Web Site Maintenance/Call Center………........ | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |

|  | Total Disbursements for Plan Administration Expenses Not Paid by the Fund |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: |  |  |  |
| *Line 16a* | *Investment Expenses/CRIS Fees* |  |  |  |
| *Line 16b* | *Federal Tax Payments* |  |  |  |
|  | Total Disbursements to Court/Other Not Paid by the Fund |  |  |  |
|  |  |  |  |  |
| Line 17 | DC & State Tax Payments |  |  |  |
| Line 18 | No. of Claims: |  |  |  |
| *Line 18a* | *# of Claims Received this Reporting Period* |  |  |  |
| *Line 18b* | *# of Claims Received Since Inception of Fund* |  |  |  |
| Line 19 |  |  |  |  |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* |  |  |  |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* |  |  |  |

Receiver:

By: /s/ *Michael S. Polsky*
      Michael S. Polsky, Receiver


Date: October 16, 2017