## STANDARDIZED FUND ACCOUNTING REPORT
## for ISC, INC. TRUST ACCOUNT: HOLZHUETER PHASE 1 PLAN – Cash Basis
Receivership; Civil Court Docket No.
Reporting Period 10/1/2017 through 12/31/2017

**FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al.**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (as of 10/1/2017) | | $83,487.50 | $83,487.50 |
| | *Increases in Fund Balance* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8) | | $83,487.50 | $83,487.50 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | $32,258.01 | $32,258.01 |
| Line 10 | Disbursements for Receivership Operations | | | |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | BCBP | $5,988.00 | $5,988.00 |
| *Line 10b* | *Business Asset Expenses* | | | |
| *Line 10c* | *Personal Asset Expenses* | | | |
| *Line 10d* | *Investment Expenses* | | | |
| *Line 10e* | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | |
| *Line 10g* | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | $38,246.01 | $38.246.01 |
| | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………............ | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent………………….............. | | | |
| | Consultants……………………………........... | | | |
| | Legal Advisers…………………………........... | | | |
| | Tax Advisers…………………………............ | | | |
| | *Total Plan Development Expenses* | | | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………… | | | |
| | IDC………………………………………......... | | | |
| | Distribution Agent………………………… | | | |
| | Consultants…………………………………… | | | |
| | Legal Advisers………………………............ | | | |
| | Tax Advisers…………………………............ | | | |
| | 2. Administrative Expenses: | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………… | | | |
| | Claimant Identification………………............ | | | |

| | | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|---|
| | Claims Processing…………………….......... | | | | |
| | Web Site Maintenance/Call Center………....... | | | | |
| | 4. Fund Administrator Bond: | | | | |
| | 5. Miscellaneous: | | | | |
| | 6. Federal Account for Investor Restitution (FAIR): | | | | |
| | Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | | |
| | | | | | |
| Line 12 | Disbursements to Court/Other | | | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | | |
| *Line 12b* | *Federal Tax Payments* | | | | |
| | Total Disbursements to Court/Other | | | | |
| | Total Funds Disbursed (Lines 9-11): | | $38,246.01 | $38,246.01 | |
| Line 13 | Ending Balance (as of 6/30/2017): | | $45,241.49 | $45,241.49 | |
| Line 14 | Ending Balance of Fund – Net Assets: | | $45,241.49 | $45,241.49 | |
| *Line 14a* | *Cash & Cash Equivalents* | | $45,241.49 | $45,241.49 | |
| *Line 14b* | *Investments* | | | | |
| *Line 14c* | *Other Assets or Uncleared Funds* | | | | |
| | Total Ending Balance of Fund – Net Assets | | $45,241.49 | $45,241.49 | |

OTHER SUPPLEMENTAL INFORMATION:

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC…………………………………………….. | | | |
| | Distribution Agent…………………………… | | | |
| | Consultants…………………………………… | | | |
| | Legal Advisers……………………….......... | | | |
| | Tax Advisers……………………….......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC…………………………………………….. | | | |
| | Distribution Agent…………………………… | | | |
| | Consultants…………………………………… | | | |
| | Legal Advisers……………………….......... | | | |
| | Tax Advisers……………………….......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan….………… | | | |
| | Claimant Identification……………….......... | | | |
| | Claims Processing…………………….......... | | | |
| | Web Site Maintenance/Call Center………....... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |

| | | | | |
|---|---|---|---|---|
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| | | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| *Line 16a* | *Investment Expenses/CRIS Fees* | | | |
| *Line 16b* | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund | | | |
| | | | | |
| Line 17 | DC & State Tax Payments | | | |
| Line 18 | No. of Claims: | | 162 | 162 |
| *Line 18a* | *# of Claims Received this Reporting Period* | | 0 | 0 |
| *Line 18b* | *# of Claims Received Since Inception of Fund* | | 162 | 162 |
| Line 19 | | | | |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* | | 0 | 0 |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* | | 162 | 162 |

Receiver:

By: /s/ *Michael S. Polsky*
      Michael S. Polsky, Receiver


Date: January 18, 2018

**STANDARDIZED FUND ACCOUNTING REPORT**
**for ISC, INC. / PHASE II TRUST ACCOUNT– Cash Basis**
Receivership; Civil Court Docket No.
Reporting Period 10/1/2017 to 12/31/2017

| FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al. | | | | |
|---|---|---|---|---|
| | | **Detail** | **Subtotal** | **Grand Total** |
| Line 1 | Beginning Balance (as of 10/1/2017) | | $3,826,258.09 | $3,826,258.09 |
| | *Increases in Fund Balance* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | Refund | $4,349.90 | $4,349.90 |
| | | Honefi | $400,664.04 | $400,664.04 |
| | | Premier Bank | $68,923.04 | $68,923.04 |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8) | | $4,300,195.07 | $4,300,195.07 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | Phase II | $2,920,896.74 | $2,920,896.74 |
| Line 10 | Disbursements for Receivership Operations | AVID | $60,000.00 | $60,000.00 |
| | | Check Fee | $298.33 | $298.33 |
| | | Creditors | $280,079.79 | $280,079.79 |
| | | IRS | $132,197.32 | $132,197.32 |
| | | Kravit | $105,059.29 | $105,059.29 |
| | | WI DOR | $855.25 | $855.25 |
| | | Secura | $1,183.00 | $1,183.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | Cowie | $25,896.00 | $25,896.00 |
| | | Sattell | $1,474.00 | $1,474.00 |
| *Line 10b* | *Business Asset Expenses* | | | |
| *Line 10c* | *Personal Asset Expenses* | | | |
| *Line 10d* | *Investment Expenses* | | | |
| *Line 10e* | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | |
| *Line 10g* | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | $3,527,939.72 | $3,527,939.72 |
| | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………............ | | | |

| | | | | |
|---|---|---|---|---|
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent………………………........ | | | |
| | Consultants………………………………........ | | | |
| | Legal Advisers……………………….......... | | | |
| | Tax Advisers………………………….......... | | | |
| | *Total Plan Development Expenses* | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………. | | | |
| | IDC……………………………………………. | | | |
| | Distribution Agent……………………………. | | | |
| | Consultants…………………………………. | | | |
| | Legal Advisers…………………………….. | | | |
| | Tax Advisers……………………….......... | | | |
| | 2. Administrative Expenses: | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………. | | | |
| | Claimant Identification……………….......... | | | |
| | Claims Processing………………………......... | | | |
| | Web Site Maintenance/Call Center………..... | | | |
| | 4. Fund Administrator Bond: | | | |
| | 5. Miscellaneous: | | | |
| | 6. Federal Account for Investor Restitution (FAIR): | | | |
| | Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| | | | | |
| Line 12 | Disbursements to Court/Other | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11): | | $3,527,939.72 | $3,527,939.72 |
| Line 13 | Ending Balance (as of 12/31/2017): | | $772,255.35 | $772,255.35 |
| Line 14 | Ending Balance of Fund – Net Assets: | | $772,255.35 | $772,255.35 |
| Line 14a | *Cash & Cash Equivalents* | | $772,255.35 | $772,255.35 |
| Line 14b | *Investments* | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | |
| | Total Ending Balance of Fund – Net Assets | | $772,255.35 | $772,255.35 |

OTHER SUPPLEMENTAL INFORMATION:

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………. | | | |
| | IDC……………………………………………. | | | |
| | Distribution Agent……………………………. | | | |
| | Consultants…………………………………. | | | |
| | Legal Advisers……………………….......... | | | |
| | Tax Advisers……………………….......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 1. Fees: |  |  |  |
|  | Fund Administrator…………………………. |  |  |  |
|  | IDC…………………………………………….. |  |  |  |
|  | Distribution Agent……………………………. |  |  |  |
|  | Consultants………………………………….. |  |  |  |
|  | Legal Advisers……………………........... |  |  |  |
|  | Tax Advisers……………………………........... |  |  |  |
|  | 2. Administrative Expenses |  |  |  |
|  | 3. Investor Identification: |  |  |  |
|  | Notice/Publishing Approved Plan….………….. |  |  |  |
|  | Claimant Identification…………………………. |  |  |  |
|  | Claims Processing……………………........... |  |  |  |
|  | Web Site Maintenance/Call Center………........ |  |  |  |
|  | 4. Fund Administrator Bond |  |  |  |
|  | 5. Miscellaneous |  |  |  |
|  | 6. FAIR Reporting Expenses |  |  |  |
|  | *Total Plan Implementation Expenses Not Paid by the Fund* |  |  |  |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* |  |  |  |
|  | Total Disbursements for Plan Administration Expenses Not Paid by the Fund |  |  |  |
|  |  |  |  |  |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: |  |  |  |
| *Line 16a* | *Investment Expenses/CRIS Fees* |  |  |  |
| *Line 16b* | *Federal Tax Payments* |  |  |  |
|  | Total Disbursements to Court/Other Not Paid by the Fund |  |  |  |
|  |  |  |  |  |
| Line 17 | DC & State Tax Payments |  |  |  |
| Line 18 | No. of Claims: |  |  |  |
| *Line 18a* | *# of Claims Received this Reporting Period* |  | 0 | 0 |
| *Line 18b* | *# of Claims Received Since Inception of Fund* |  | 162 | 162 |
| Line 19 |  |  |  |  |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* |  | 162 | 162 |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* |  | 162 | 162 |

Receiver:

By: /s/ *Michael S. Polsky*
     Michael S. Polsky, Receiver

Date: January 18, 2018

**STANDARDIZED FUND ACCOUNTING REPORT**
**for HONEFI LLC TRUST ACCOUNT– Cash Basis**
Receivership; Civil Court Docket No.
Reporting Period 10/1/2017 to 12/31/2017

| | | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|---|
| **FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al.** | | | | | |
| Line 1 | Beginning Balance (as of 4/1/2017) | | | $400,664.04 | $400,664.04 |
| | *Increases in Fund Balance* | | | | |
| Line 2 | Business Income | | | | |
| Line 3 | Cash and Securities | | | | |
| Line 4 | Interest/Dividend Income | | | | |
| Line 5 | Business Asset Liquidation | | | | |
| Line 6 | Personal Asset Liquidation | | | | |
| Line 7 | Third-Party Litigation Income | | | | |
| Line 8 | Miscellaneous – Other | | | | |
| | Total Funds Available (Lines 1 – 8) | | | $400,664.04 | $400,664.04 |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | Disbursements to Investors | | | | |
| Line 10 | Disbursements for Receivership Operations | Phase II | | $400,664.04 | $400,664.04 |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | | | | |
| *Line 10b* | *Business Asset Expenses* | | | | |
| *Line 10c* | *Personal Asset Expenses* | | | | |
| *Line 10d* | *Investment Expenses* | | | | |
| *Line 10e* | *Third-Party Litigation Expenses* | | | | |
| | 1. Attorney Fees | | | | |
| | 2. Litigation Expenses | | | | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | | |
| *Line 10g* | *Federal and State Tax Payments* | | | | |
| | Total Disbursements for Receivership Operations | | | $400,664.04 | $400,664.04 |
| | | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator……………………............ | | | | |
| | Independent Distribution Consultant (IDC) | | | | |
| | Distribution Agent………………………........ | | | | |
| | Consultants…………………………………........ | | | | |
| | Legal Advisers…………………………........... | | | | |
| | Tax Advisers………………………….......... | | | | |
| | *Total Plan Development Expenses* | | | | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator…………………………… | | | | |
| | IDC……………………………………………… | | | | |
| | Distribution Agent…………………………… | | | | |
| | Consultants…………………………………… | | | | |
| | Legal Advisers…………………………........... | | | | |
| | Tax Advisers………………………….......... | | | | |
| | 2. Administrative Expenses: | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan…………….. | | | | |
| | Claimant Identification……………….......... | | | | |

| | | | | |
|---|---|---|---|---|
| | Claims Processing……………………….......... | | | |
| | Web Site Maintenance/Call Center………........ | | | |
| | 4. Fund Administrator Bond: | | | |
| | 5. Miscellaneous: | | | |
| | 6. Federal Account for Investor Restitution (FAIR): | | | |
| | Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| | | | | |
| Line 12 | Disbursements to Court/Other | | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment* | | | |
| | *System (CRIS) Fees* | | | |
| *Line 12b* | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11): | | $400,664.04 | $400,664.04 |
| Line 13 | Ending Balance (as of 12/31/2017): | | $0.00 | $0.00 |
| Line 14 | Ending Balance of Fund – Net Assets: | | $0.00 | $0.00 |
| *Line 14a* | *Cash & Cash Equivalents* | | $0.00 | $0.00 |
| *Line 14b* | *Investments* | | | |
| *Line 14c* | *Other Assets or Uncleared Funds* | | | |
| | Total Ending Balance of Fund – Net Assets | | $0.00 | $0.00 |

OTHER SUPPLEMENTAL INFORMATION:

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC…………………………………………….. | | | |
| | Distribution Agent…………………………… | | | |
| | Consultants………………………………….. | | | |
| | Legal Advisers……………………….......... | | | |
| | Tax Advisers……………………….......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC…………………………………………….. | | | |
| | Distribution Agent…………………………… | | | |
| | Consultants………………………………….. | | | |
| | Legal Advisers……………………….......... | | | |
| | Tax Advisers……………………….......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………… | | | |
| | Claimant Identification…………………......... | | | |
| | Claims Processing…………………….......... | | | |
| | Web Site Maintenance/Call Center………........ | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |

| | | | | |
|---|---|---|---|---|
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| | | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| *Line 16a* | *Investment Expenses/CRIS Fees* | | | |
| *Line 16b* | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund | | | |
| | | | | |
| Line 17 | DC & State Tax Payments | | | |
| Line 18 | No. of Claims: | | | |
| *Line 18a* | *# of Claims Received this Reporting Period* | | | |
| *Line 18b* | *# of Claims Received Since Inception of Fund* | | | |
| Line 19 | | | | |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* | | | |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* | | | |

Receiver:

By: /s/ *Michael S. Polsky*
      Michael S. Polsky, Receiver

Date: January 18, 2018