# STANDARDIZED FUND ACCOUNTING REPORT
## for ISC, INC. TRUST ACCOUNT: HOLZHUETER PHASE 1 PLAN – Cash Basis

Receivership; Civil Court Docket No.
Reporting Period 1/1/2018 through 3/31/2018

| | FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al. | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (as of 1/1/2018) | | $45,241.49 | $45,241.49 |
| | *Increases in Fund Balance* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8) | | $45,241.49 | $45,241.49 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | $5,269.56 | $5,269.56 |
| Line 10 | Disbursements for Receivership Operations | | | |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | | | |
| *Line 10b* | *Business Asset Expenses* | | | |
| *Line 10c* | *Personal Asset Expenses* | | | |
| *Line 10d* | *Investment Expenses* | | | |
| *Line 10e* | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | |
| *Line 10g* | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | $5,269.56 | $5,269.56 |
| | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………….............. | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent……………………............. | | | |
| | Consultants…………………………………............. | | | |
| | Legal Advisers……………………….............. | | | |
| | Tax Advisers……………………………........... | | | |
| | *Total Plan Development Expenses* | | | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC………………………………………………. | | | |
| | Distribution Agent……………………………. | | | |
| | Consultants………………………………………. | | | |
| | Legal Advisers………………………............ | | | |
| | Tax Advisers……………………………………. | | | |
| | 2. Administrative Expenses: | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan…………… | | | |
| | Claimant Identification…………….............. | | | |

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
|  | Claims Processing…………………........... |  |  |  |
|  | Web Site Maintenance/Call Center………........ |  |  |  |
|  | 4. Fund Administrator Bond: |  |  |  |
|  | 5. Miscellaneous: |  |  |  |
|  | 6. Federal Account for Investor Restitution (FAIR): |  |  |  |
|  | Reporting Expenses |  |  |  |
|  | *Total Plan Implementation Expenses* |  |  |  |
|  | Total Disbursements for Distribution Expenses Paid by the Fund |  |  |  |
|  |  |  |  |  |
| Line 12 | Disbursements to Court/Other |  |  |  |
| Line 12a | *Investment Expenses/Court Registry Investment* |  |  |  |
|  | *System (CRIS) Fees* |  |  |  |
| Line 12b | *Federal Tax Payments* |  |  |  |
|  | Total Disbursements to Court/Other |  |  |  |
|  | Total Funds Disbursed (Lines 9-11): |  | $5,269.56 | $5,269.56 |
| Line 13 | Ending Balance (as of 3/31/2018): |  | $39,971.93 | $39,971.93 |
| Line 14 | Ending Balance of Fund – Net Assets: |  | $39,971.93 | $39,971.93 |
| *Line 14a* | *Cash & Cash Equivalents* |  | $39,971.93 | $39,971.93 |
| *Line 14b* | *Investments* |  |  |  |
| *Line 14c* | *Other Assets or Uncleared Funds* |  |  |  |
|  | Total Ending Balance of Fund – Net Assets |  | $39,971.93 | $39,971.93 |

OTHER SUPPLEMENTAL INFORMATION:

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
|  | *Report of Items NOT To Be Paid by the Fund:* |  |  |  |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: |  |  |  |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator…………………………… |  |  |  |
|  | IDC…………………………………………….. |  |  |  |
|  | Distribution Agent…………………………….. |  |  |  |
|  | Consultants…………………………………….. |  |  |  |
|  | Legal Advisers……………………….............. |  |  |  |
|  | Tax Advisers…………………………............ |  |  |  |
|  | 2. Administrative Expenses |  |  |  |
|  | 3. Miscellaneous |  |  |  |
|  | *Total Plan Development Expenses Not Paid by the Fund* |  |  |  |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator…………………………… |  |  |  |
|  | IDC…………………………………………….. |  |  |  |
|  | Distribution Agent…………………………….. |  |  |  |
|  | Consultants…………………………………….. |  |  |  |
|  | Legal Advisers……………………………….. |  |  |  |
|  | Tax Advisers…………………………............ |  |  |  |
|  | 2. Administrative Expenses |  |  |  |
|  | 3. Investor Identification: |  |  |  |
|  | Notice/Publishing Approved Plan…………….. |  |  |  |
|  | Claimant Identification…………………............ |  |  |  |
|  | Claims Processing…………………........... |  |  |  |
|  | Web Site Maintenance/Call Center………........ |  |  |  |
|  | 4. Fund Administrator Bond |  |  |  |
|  | 5. Miscellaneous |  |  |  |
|  | 6. FAIR Reporting Expenses |  |  |  |
|  | *Total Plan Implementation Expenses Not Paid by the Fund* |  |  |  |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* |  |  |  |

|  | Total Disbursements for Plan Administration Expenses Not Paid by the Fund |  |  |
|---|---|---|---|
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: |  |  |
| *Line 16a* | *Investment Expenses/CRIS Fees* |  |  |
| *Line 16b* | *Federal Tax Payments* |  |  |
|  | Total Disbursements to Court/Other Not Paid by the Fund |  |  |
| Line 17 | DC & State Tax Payments |  |  |
| Line 18 | No. of Claims: | 162 | 162 |
| *Line 18a* | *# of Claims Received this Reporting Period* | 0 | 0 |
| *Line 18b* | *# of Claims Received Since Inception of Fund* | 162 | 162 |
| Line 19 |  |  |  |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* | 1 | 1 |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* | 162 | 162 |

Receiver:

By: /s/ *Michael S. Polsky*
      Michael S. Polsky, Receiver

Date: April 11, 2018

# STANDARDIZED FUND ACCOUNTING REPORT
# for ISC, INC. / PHASE II TRUST ACCOUNT– Cash Basis

Receivership; Civil Court Docket No.
Reporting Period 1/1/2018 to 3/31/2018

**FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al.**

|  |  | **Detail** | **Subtotal** | **Grand Total** |
|---|---|---|---|---|
| Line 1 | Beginning Balance (as of 1/1/2018) |  | $772,255.35 | $772,255.35 |
|  | *Increases in Fund Balance* |  |  |  |
| Line 2 | Business Income |  |  |  |
| Line 3 | Cash and Securities | Associated Bank | $78,077.09 | $78,077.09 |
| Line 4 | Interest/Dividend Income |  |  |  |
| Line 5 | Business Asset Liquidation |  |  |  |
| Line 6 | Personal Asset Liquidation |  |  |  |
| Line 7 | Third-Party Litigation Income |  |  |  |
| Line 8 | Miscellaneous – Other |  |  |  |
|  | Total Funds Available (Lines 1 – 8) |  | $851,971.42 | $851,971.42 |
|  | *Decreases in Fund Balance:* |  |  |  |
| Line 9 | Disbursements to Investors | Phase II | $1,638.98 | $1,638.98 |
| Line 10 | Disbursements for Receivership Operations | AVID – Final Receipts | $59,765.27 | $59,765.27 |
|  |  | Lease Obligation | $1,219.36 | $1,219.36 |
|  |  | WI DOR | $25.00 | $25.00 |
|  |  |  |  |  |
| Line 10a | *Disbursements to Receiver or Other Professionals* | BCBP | $39,178.46 | $39,178.46 |
|  |  | WWC | $560.00 | $560.00 |
| Line 10b | *Business Asset Expenses* |  |  |  |
| Line 10c | *Personal Asset Expenses* |  |  |  |
| Line 10d | *Investment Expenses* |  |  |  |
| Line 10e | *Third-Party Litigation Expenses* |  |  |  |
|  | 1. Attorney Fees |  |  |  |
|  | 2. Litigation Expenses |  |  |  |
| Line 10f | *Tax Administrator Fees and Bonds* |  |  |  |
| Line 10g | *Federal and State Tax Payments* |  |  |  |
|  | Total Disbursements for Receivership Operations |  | $102,387.07 | $102,387.07 |
|  |  |  |  |  |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund |  |  |  |
| Line 11a | *Distribution Plan Development Expenses:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator……………………............ |  |  |  |
|  | Independent Distribution Consultant (IDC) |  |  |  |
|  | Distribution Agent…………………….......... |  |  |  |
|  | Consultants……………………………............ |  |  |  |
|  | Legal Advisers…………………………............ |  |  |  |
|  | Tax Advisers…………………………............ |  |  |  |
|  | *Total Plan Development Expenses* |  |  |  |
| Line 11b | *Distribution Plan Implementation Expenses:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator…………………………. |  |  |  |
|  | IDC……………………………………………. |  |  |  |
|  | Distribution Agent…………………………... |  |  |  |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | Consultants…………………………………. | | | |
| | Legal Advisers……………………............ | | | |
| | Tax Advisers…………………………........... | | | |
| | 2. Administrative Expenses: | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………. | | | |
| | Claimant Identification……………….............. | | | |
| | Claims Processing……………………........... | | | |
| | Web Site Maintenance/Call Center………....... | | | |
| | 4. Fund Administrator Bond: | | | |
| | 5. Miscellaneous: | | | |
| | 6. Federal Account for Investor Restitution (FAIR): | | | |
| | Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| | | | | |
| Line 12 | Disbursements to Court/Other | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11): | | $102,387.07 | $102,387.07 |
| Line 13 | Ending Balance (as of 12/31/2017): | | $749,584.35 | $749,584.35 |
| Line 14 | Ending Balance of Fund – Net Assets: | | $749,584.35 | $749,584.35 |
| Line 14a | *Cash & Cash Equivalents* | | $749,584.35 | $749,584.35 |
| Line 14b | *Investments* | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | |
| | Total Ending Balance of Fund – Net Assets | | $749,584.35 | $749,584.35 |

OTHER SUPPLEMENTAL INFORMATION:

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC……………………………………………. | | | |
| | Distribution Agent…………………………….. | | | |
| | Consultants…………………………………. | | | |
| | Legal Advisers……………………............ | | | |
| | Tax Advisers…………………………........... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC……………………………………………. | | | |
| | Distribution Agent…………………………….. | | | |
| | Consultants…………………………………. | | | |
| | Legal Advisers……………………............ | | | |
| | Tax Advisers…………………………........... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………. | | | |
| | Claimant Identification……………….............. | | | |

|  | | | | |
|---|---|---|---|---|
|  | Claims Processing……………………........... | | | |
|  | Web Site Maintenance/Call Center………....... | | | |
|  | 4. Fund Administrator Bond | | | |
|  | 5. Miscellaneous | | | |
|  | 6. FAIR Reporting Expenses | | | |
|  | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
|  | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
|  | | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | |
| Line 16b | *Federal Tax Payments* | | | |
|  | Total Disbursements to Court/Other Not Paid by the Fund | | | |
|  | | | | |
| Line 17 | DC & State Tax Payments | | | |
| Line 18 | No. of Claims: | | | |
| Line 18a | *# of Claims Received this Reporting Period* | | 0 | 0 |
| Line 18b | *# of Claims Received Since Inception of Fund* | | 162 | 162 |
| Line 19 | | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period* | | 1 | 1 |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund* | | 162 | 162 |

Receiver:

By: /s/ *Michael S. Polsky*
      Michael S. Polsky, Receiver


Date: April 11, 2018

**STANDARDIZED FUND ACCOUNTING REPORT
for HONEFI LLC TRUST ACCOUNT– Cash Basis**
Receivership; Civil Court Docket No.
Reporting Period 1/1/2018 to 3/31/2018

| | FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al. | | | |
|---|---|---|---|---|
| | | **Detail** | **Subtotal** | **Grand Total** |
| Line 1 | Beginning Balance (as of 1/1/2018) | | $0.00 | $0.00 |
| | *Increases in Fund Balance* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8) | | $0.00 | $0.00 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | Phase II | | |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | | | |
| *Line 10b* | *Business Asset Expenses* | | | |
| *Line 10c* | *Personal Asset Expenses* | | | |
| *Line 10d* | *Investment Expenses* | | | |
| *Line 10e* | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | |
| *Line 10g* | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | $0.00 | $0.00 |
| | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator……………………............ | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent……………………............ | | | |
| | Consultants……………………………......... | | | |
| | Legal Advisers……………………............ | | | |
| | Tax Advisers……………………………........ | | | |
| | *Total Plan Development Expenses* | | | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………. | | | |
| | IDC……………………………………………. | | | |
| | Distribution Agent……………………………. | | | |
| | Consultants……………………………………. | | | |
| | Legal Advisers……………………............ | | | |
| | Tax Advisers……………………............. | | | |
| | 2. Administrative Expenses: | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan…………… | | | |
| | Claimant Identification……………............. | | | |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | Claims Processing…………………............ | | | |
| | Web Site Maintenance/Call Center………....... | | | |
| | 4. Fund Administrator Bond: | | | |
| | 5. Miscellaneous: | | | |
| | 6. Federal Account for Investor Restitution (FAIR): | | | |
| | Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| | | | | |
| Line 12 | Disbursements to Court/Other | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11): | | $0.00 | $0.00 |
| Line 13 | Ending Balance (as of 12/31/2017): | | $0.00 | $0.00 |
| Line 14 | Ending Balance of Fund – Net Assets: | | $0.00 | $0.00 |
| Line 14a | *Cash & Cash Equivalents* | | $0.00 | $0.00 |
| Line 14b | *Investments* | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | |
| | Total Ending Balance of Fund – Net Assets | | $0.00 | $0.00 |

OTHER SUPPLEMENTAL INFORMATION:

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC……………………………………………. | | | |
| | Distribution Agent…………………………….. | | | |
| | Consultants…………………………………… | | | |
| | Legal Advisers……………………….............. | | | |
| | Tax Advisers…………………………............ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC……………………………………………. | | | |
| | Distribution Agent…………………………….. | | | |
| | Consultants…………………………………… | | | |
| | Legal Advisers……………………….............. | | | |
| | Tax Advisers…………………………............ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan….………… | | | |
| | Claimant Identification………………............ | | | |
| | Claims Processing…………………............ | | | |
| | Web Site Maintenance/Call Center………....... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |

|  | Total Disbursements for Plan Administration Expenses Not Paid by the Fund |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: |  |  |  |
| *Line 16a* | *Investment Expenses/CRIS Fees* |  |  |  |
| *Line 16b* | *Federal Tax Payments* |  |  |  |
|  | Total Disbursements to Court/Other Not Paid by the Fund |  |  |  |
|  |  |  |  |  |
| Line 17 | DC & State Tax Payments |  |  |  |
| Line 18 | No. of Claims: |  |  |  |
| *Line 18a* | *# of Claims Received this Reporting Period* |  |  |  |
| *Line 18b* | *# of Claims Received Since Inception of Fund* |  |  |  |
| Line 19 |  |  |  |  |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* |  |  |  |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* |  |  |  |

Receiver:

By: /s/ *Michael S. Polsky*
      Michael S. Polsky, Receiver


Date: April 11, 2018