**STANDARDIZED FUND ACCOUNTING REPORT**
**for ISC, INC. TRUST ACCOUNT: HOLZHUETER PHASE 1 PLAN – Cash Basis**
Receivership; Civil Court Docket No.
Reporting Period 4/1/2018 through 6/30/2018

**FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al.**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (as of 1/1/2018) | | $39,971.93 | $39,971.93 |
| | *Increases in Fund Balance* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8) | | $39,971.93 | $39,971.93 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | | | |
| *Line 10b* | *Business Asset Expenses* | | | |
| *Line 10c* | *Personal Asset Expenses* | | | |
| *Line 10d* | *Investment Expenses* | | | |
| *Line 10e* | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | |
| *Line 10g* | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | | |
| | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………............. | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent…………………………..... | | | |
| | Consultants…………………………….......... | | | |
| | Legal Advisers………………………............. | | | |
| | Tax Advisers………………………….......... | | | |
| | *Total Plan Development Expenses* | | | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator……………………………. | | | |
| | IDC………………………………………........ | | | |
| | Distribution Agent……………………………. | | | |
| | Consultants………………………………....... | | | |
| | Legal Advisers………………………............. | | | |
| | Tax Advisers………………………….......... | | | |
| | 2. Administrative Expenses: | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan…………….. | | | |
| | Claimant Identification…………………........... | | | |

| | | | | |
|---|---|---|---|---|
| | Claims Processing……………………........... | | | |
| | Web Site Maintenance/Call Center………....... | | | |
| | 4. Fund Administrator Bond: | | | |
| | 5. Miscellaneous: | | | |
| | 6. Federal Account for Investor Restitution (FAIR): | | | |
| | Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| | | | | |
| Line 12 | Disbursements to Court/Other | | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment* | | | |
| | *System (CRIS) Fees* | | | |
| *Line 12b* | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11): | | $0.00 | $0.00 |
| Line 13 | Ending Balance (as of 6/30/2018): | | $39,971.93 | $39,971.93 |
| Line 14 | Ending Balance of Fund – Net Assets: | | $39,971.93 | $39,971.93 |
| *Line 14a* | *Cash & Cash Equivalents* | | $39,971.93 | $39,971.93 |
| *Line 14b* | *Investments* | | | |
| *Line 14c* | *Other Assets or Uncleared Funds* | | | |
| | Total Ending Balance of Fund – Net Assets | | $39,971.93 | $39,971.93 |

OTHER SUPPLEMENTAL INFORMATION:

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC…………………………………………….. | | | |
| | Distribution Agent…………………………… | | | |
| | Consultants………………………………….. | | | |
| | Legal Advisers…………………….............. | | | |
| | Tax Advisers……………………….............. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC…………………………………………….. | | | |
| | Distribution Agent…………………………… | | | |
| | Consultants………………………………….. | | | |
| | Legal Advisers…………………………........ | | | |
| | Tax Advisers……………………….............. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………… | | | |
| | Claimant Identification…………………........... | | | |
| | Claims Processing…………………….............. | | | |
| | Web Site Maintenance/Call Center………....... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |

| | | | | |
|---|---|---|---|---|
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| | | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| *Line 16a* | *Investment Expenses/CRIS Fees* | | | |
| *Line 16b* | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund | | | |
| | | | | |
| Line 17 | DC & State Tax Payments | | | |
| Line 18 | No. of Claims: | | 162 | 162 |
| *Line 18a* | *# of Claims Received this Reporting Period* | | 0 | 0 |
| *Line 18b* | *# of Claims Received Since Inception of Fund* | | 162 | 162 |
| Line 19 | | | | |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* | | 0 | 0 |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* | | 162 | 162 |

Receiver:

By: /s/ *Michael S. Polsky*
     Michael S. Polsky, Receiver

Date: July 25, 2018

## STANDARDIZED FUND ACCOUNTING REPORT
## for ISC, INC. / PHASE II TRUST ACCOUNT– Cash Basis
Receivership; Civil Court Docket No.
Reporting Period 4/1/2018 to 6/30/2018

**FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al.**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (as of 1/1/2018) | | $749,584.35 | $749,584.35 |
| | *Increases in Fund Balance* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8) | | $749,584.35 | $749,584.35 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | Schneider | $90,000.00 | $90,000.00 |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | BCBP | $16,782.68 | $16,782.68 |
| *Line 10b* | *Business Asset Expenses* | | | |
| *Line 10c* | *Personal Asset Expenses* | | | |
| *Line 10d* | *Investment Expenses* | | | |
| *Line 10e* | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | |
| *Line 10g* | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | $106,782.68 | $106,782.68 |
| | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………............ | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent……………………………… | | | |
| | Consultants……………………………….......... | | | |
| | Legal Advisers…………………………….......... | | | |
| | Tax Advisers………………………….............. | | | |
| | *Total Plan Development Expenses* | | | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC…………………………………………….... | | | |
| | Distribution Agent…………………………….. | | | |
| | Consultants………………………………….… | | | |
| | Legal Advisers……………………….............. | | | |
| | Tax Advisers…………………………............. | | | |
| | 2. Administrative Expenses: | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………. | | | |
| | Claimant Identification…………………........... | | | |

| | | | | |
|---|---|---|---|---|
| | Claims Processing…………………….......... | | | |
| | Web Site Maintenance/Call Center………........ | | | |
| | 4. Fund Administrator Bond: | | | |
| | 5. Miscellaneous: | | | |
| | 6. Federal Account for Investor Restitution (FAIR): | | | |
| | Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| | | | | |
| Line 12 | Disbursements to Court/Other | | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment* | | | |
| | *System (CRIS) Fees* | | | |
| *Line 12b* | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11): | | $106,782.68 | $106,782.68 |
| Line 13 | Ending Balance (as of 6/30/2018): | | $642,801.67 | $642,801.67 |
| Line 14 | Ending Balance of Fund – Net Assets: | | $642,801.67 | $642,801.67 |
| *Line 14a* | *Cash & Cash Equivalents* | | $642,801.67 | $642,801.67 |
| *Line 14b* | *Investments* | | | |
| *Line 14c* | *Other Assets or Uncleared Funds* | | | |
| | Total Ending Balance of Fund – Net Assets | | $642,801.67 | $642,801.67 |

OTHER SUPPLEMENTAL INFORMATION:

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC……………………………………………... | | | |
| | Distribution Agent…………………………….. | | | |
| | Consultants………………………………….. | | | |
| | Legal Advisers……………………….......... | | | |
| | Tax Advisers……………………….......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC……………………………………………... | | | |
| | Distribution Agent…………………………….. | | | |
| | Consultants………………………………….. | | | |
| | Legal Advisers………………………............ | | | |
| | Tax Advisers……………………….......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………... | | | |
| | Claimant Identification…………………........... | | | |
| | Claims Processing………………………......... | | | |
| | Web Site Maintenance/Call Center………........ | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |

| | | | | |
|---|---|---|---|---|
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| | | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| *Line 16a* | *Investment Expenses/CRIS Fees* | | | |
| *Line 16b* | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund | | | |
| | | | | |
| Line 17 | DC & State Tax Payments | | | |
| Line 18 | No. of Claims: | | | |
| *Line 18a* | *# of Claims Received this Reporting Period* | | 0 | 0 |
| *Line 18b* | *# of Claims Received Since Inception of Fund* | | 162 | 162 |
| Line 19 | | | | |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period* | | 0 | 0 |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund* | | 162 | 162 |

Receiver:

By: /s/ *Michael S. Polsky*
      Michael S. Polsky, Receiver

Date: July 25, 2018

**STANDARDIZED FUND ACCOUNTING REPORT**
**for HONEFI LLC TRUST ACCOUNT– Cash Basis**
Receivership; Civil Court Docket No.
Reporting Period 4/1/2018 to 6/30/2018

**FUND ACCOUNTING: SEC v. Estate of Loren W. Holzhueter, et al.**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (as of 1/1/2018) | | $0.00 | $0.00 |
| | *Increases in Fund Balance* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous – Other | | | |
| | Total Funds Available (Lines 1 – 8) | | $0.00 | $0.00 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | Phase II | | |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | | | |
| *Line 10b* | *Business Asset Expenses* | | | |
| *Line 10c* | *Personal Asset Expenses* | | | |
| *Line 10d* | *Investment Expenses* | | | |
| *Line 10e* | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | |
| *Line 10g* | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | $0.00 | $0.00 |
| | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………….............. | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent……………………….......... | | | |
| | Consultants…………………………………......... | | | |
| | Legal Advisers……………………………......... | | | |
| | Tax Advisers……………………………............ | | | |
| | *Total Plan Development Expenses* | | | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………… | | | |
| | IDC………………………………………… | | | |
| | Distribution Agent………………………… | | | |
| | Consultants………………………………… | | | |
| | Legal Advisers……………………………......... | | | |
| | Tax Advisers……………………………............ | | | |
| | 2. Administrative Expenses: | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………… | | | |
| | Claimant Identification………………............ | | | |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | Claims Processing…………………….......... | | | |
| | Web Site Maintenance/Call Center………....... | | | |
| | 4. Fund Administrator Bond: | | | |
| | 5. Miscellaneous: | | | |
| | 6. Federal Account for Investor Restitution (FAIR): | | | |
| | Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| | | | | |
| Line 12 | Disbursements to Court/Other | | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment* | | | |
| | *System (CRIS) Fees* | | | |
| *Line 12b* | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11): | | $0.00 | $0.00 |
| Line 13 | Ending Balance (as of 12/31/2017): | | $0.00 | $0.00 |
| Line 14 | Ending Balance of Fund – Net Assets: | | $0.00 | $0.00 |
| *Line 14a* | *Cash & Cash Equivalents* | | $0.00 | $0.00 |
| *Line 14b* | *Investments* | | | |
| *Line 14c* | *Other Assets or Uncleared Funds* | | | |
| | Total Ending Balance of Fund – Net Assets | | $0.00 | $0.00 |

OTHER SUPPLEMENTAL INFORMATION:

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC………………………………………….... | | | |
| | Distribution Agent…………………………... | | | |
| | Consultants………………………………….. | | | |
| | Legal Advisers………………………........... | | | |
| | Tax Advisers………………………….......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………… | | | |
| | IDC………………………………………….... | | | |
| | Distribution Agent…………………………... | | | |
| | Consultants………………………………….. | | | |
| | Legal Advisers………………………........... | | | |
| | Tax Advisers………………………….......... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………… | | | |
| | Claimant Identification……………….......... | | | |
| | Claims Processing…………………….......... | | | |
| | Web Site Maintenance/Call Center………....... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |

|         |         | Total Disbursements for Plan Administration Expenses Not Paid by the Fund |  |  |  |
|---------|---------|---|---|---|---|
|         |         |  |  |  |  |
| Line 16 |         | Disbursements to Court/Other Not Paid by the Fund: |  |  |  |
|         | Line 16a | *Investment Expenses/CRIS Fees* |  |  |  |
|         | Line 16b | *Federal Tax Payments* |  |  |  |
|         |         | Total Disbursements to Court/Other Not Paid by the Fund |  |  |  |
|         |         |  |  |  |  |
| Line 17 |         | DC & State Tax Payments |  |  |  |
| Line 18 |         | No. of Claims: |  |  |  |
|         | Line 18a | *# of Claims Received this Reporting Period* |  |  |  |
|         | Line 18b | *# of Claims Received Since Inception of Fund* |  |  |  |
| Line 19 |         |  |  |  |  |
|         | Line 19a | *# of Claimants/Investors Paid This Reporting Period* |  |  |  |
|         | Line 19b | *# of Claimants/Investors Paid Since Inception of Fund* |  |  |  |

Receiver:

By: /s/ *Michael S. Polsky*

Michael S. Polsky, Receiver

Date: July 25, 2018